274 So.2d 356

**In re Ex parte Floyd E. Harnage, Jr.**

**v.**

**STATE.**

**Floyd E. HARNAGE, Jr.**

**SC 217.**

Supreme Court of Alabama.

Feb. 22, 1973.

Sam M. Hamner, Anniston, for petitioner.

MADDOX, Justice.

Petition of Floyd E. Harnage, Jr. for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Harnage v. State, 49 Ala.App. 563, 274 So.2d 356.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.

274 So.2d 360

**In re Jack HOLT**

**v.**

**STATE of Alabama.**

**Ex parte Jack Holt.**

**SC 248.**

Supreme Court of Alabama.

March 8, 1973.

O. J. Goodwyn, John T. Kirk, Montgomery, for petitioner.

JONES, Justice.

Petition of Jack Holt for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of Holt v. State, 49 Ala.App. 582, 274 So.2d 356.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH, and McCALL, JJ., concur.

273 So.2d 240

**In re Mack KELLEN**

**v.**

**STATE of Alabama.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 226.**

Supreme Court of Alabama.

Feb. 1, 1973.

William J. Baxley, Atty. Gen., and Don C. Dickert, Asst. Atty. Gen., for the State.

Fred Blanton, Birmingham, for respondent.

MERRILL, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Kellen v. State, 49 Ala.App. 475, 273 So.2d 235.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and McCALL, JJ., concur.